# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## CINCINNATI DIVISION

| | |
|---|---|
| In the matter of<br>**CONNIE HENSON**<br>Debtor(s) | Case No. **10-18650**<br>Chapter 7<br>Judge **Buchanan** |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS
### AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT**

The attached check in the amount of (1)$7.47 represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| CAPITAL RECOVERY IV LLC<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | 13 | $2.98 |
| GE MONEY BANK<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | 14 | $3.84 |
| INTERNAL REVENUE SERVICE<br>PO Box 7436<br>Philadelphia, PA 19101-7346 | 18 | $0.65 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $7.47 |
| Total Unclaimed Dividends Over $25.00 | | $0.00 |

Dated:   9/13/2011                                     /s/ GEORGE LEICHT
                                                      _____
                                                      George Leicht

cc: U.S. Trustee